CONLEW, INC., Appellant, v. MICHAEL COHEN, Individually and as a Copartner of MICHAEL COHEN & PRENSKY and Another, Respondents, Impleaded with Others. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SADIE NEE, Appellant, v. JOHN A. DAUER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Arbitration between NEWS PROJECTION CORPORATION, Appellant, and TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Respondent, under Agreement Dated April 21, 1931, and Stipulation Dated April 21, 1932.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB FINK, Appellant, v. 37 WEST THIRTY-SIXTH STREET COMPANY and Another, Respondents.— Order so far as appealed from affirmed, with costs and disbursements to the respondent 37 West Thirty-sixth Street Company. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. RAYMOND J. BUSHEY and Another, as Executors·of and as Trustees, etc., of IRA S. BUSHEY, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HEALY, Appellant.— Judgment reversed and a new trial ordered, on the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB B. LINDNER, Respondent, v. ISAAC PARSHELSKY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., dissents and votes to reverse and grant the motion.

PITTSTON & LACKAWANNA FUEL CO., INC., Respondent, v. TREMONT COAL CO., INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSALIE Z. BIRNS, Appellant, v. EUGENE W. BIRNS, Respondent.— Order affirmed, with leave to the plaintiff to reply within ten days after service of a copy of this order with notice of entry thereof. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FORTY-FIFTH STREET REALTY COMPANY, Appellant, v. IRVINGTON NATIONAL BANK AND TRUST COMPANY, Respondent.— Orders and judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.